# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| DAVID C. SETZENFAND, | : No. 471 WAL 2019 |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| CHUCK PUPITCH, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.